UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID SILVERSTEIN | ) Lead Case No. 04-cv-03450-ADM-JSM |
| | ) |
| vs. | ) |
| | ) |
| KAREN GILLES LARSON, et al. | ) |
| _____ | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a), plaintiffs voluntarily dismiss the above-captioned action without prejudice.

DATED: November 11, 2005

THE SPENCE LAW FIRM

*s/Russell M. Spence, Jr.*
RUSSELL M. SPENCE, JR. Reg. No. 241052
700 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
Telephone: 612/375-1555
Facsimile: 612/375-1511

Liaison Counsel for Plaintiffs

ROBBINS UMEDA & FINK, LLP
JEFFREY P. FINK
CAROLINE A. SCHNURER
610 West Ash St., Suite 1800
San Diego, CA  92101
Telephone: 619/525-3990
Facsimile: 619/525-3991

          FARUQI & FARUQI, LLP
          SHANE ROWLEY
          DAVID LEVENTHAL
          320 East 39th Street
          New York, NY 10016
          Telephone: 212/983-9330
          Facsimile: 212/983-9331

G:\Synovis\Notices\Notice of voluntary dismissal final.doc